| FORM B1 | United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**AJK Engineering, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>1678 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**361 Governors Highway<br>South Windsor, CT 06074** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Hartford** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **361 Governors Highway, South Windsor, CT 06074** |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the
date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13 |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business      ☑ Business | ☑ Full Filing Fee Attached |
| | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |

**Chapter 11 Small Business (Check all boxes that apply)**

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

Must attach signed application for the court's consideration certifying
that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **AJK Engineering, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
   Signature of Debtor

X __Not Applicable__
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

**Joel M. Grafstein, Esq., 06191**
Printed Name of Attorney for Debtor(s) / Bar No.

**Grafstein and Associates**
Firm Name

**P.O. Box 1035  10 Melrose Drive**
Address

**Farmington  Connecticut, 06034-1035**

**860-674-8003**             **860-676-9168**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Andrew J. Kennedy_
Signature of Authorized Individual

**Andrew John Kennedy**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**Sept 9th 04**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X __Not Applicable__
   Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X __Not Applicable__
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6

(6/90)

# United States Bankruptcy Court
## District of Connecticut

In re   **AJK Engineering, Inc.**

Case No.

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 711,449.98 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 442,325.84 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 984,042.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 6 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules | | 30 | | | |
| Total Assets | | | $ 711,449.98 | | |
| Total Liabilities | | | | $ 1,426,368.07 | |

FORM B6A
(6/90)

In re: __AJK Engineering, Inc._____          .     Case No. _____

           **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **AJK Engineering, Inc.**                                                      Case No.
_____                    _____
Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Bank of Rockville - checking** | | 19,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits** | | 2,150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re  **AJK Engineering, Inc.** _____    Case No. _____
             Debtor
                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | | **Accounts receivable** | | **664,727.98** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Possible 2004 tax refund** | | **unknown** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **depreciable assets** | | **25,572.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

FORM B6B
(10/89)

In re  **AJK Engineering, Inc.**                                                                    Case No.
             Debtor                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | **loans to Andrew John Kennedy (subject to off-set)** | | 0.00 |

_2_   continuation sheets attached                        Total        **$ 711,449.98**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

FORM B6C
(6/90)

In re  **AJK Engineering, Inc.** _____ , **Case No.** _____
            Debtor.                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **NONE** | | | |

FORM B6D
(12/03)

In re: **AJK Engineering, Inc.**

Debtor

Case No.

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    65190<br><br>Rockville Bank<br>1645 Ellington Road<br>South Windsor, CT 06974<br><br>Rockville Bank<br>155 Brookdale Drive<br>Springfield, MA 01104 | X | J | 10/03<br>installment loan<br>Assets of AJK Engineering, Inc.<br><br>VALUE $709,299.98 | | | | 180,144.00 | 0.00 |
| ACCOUNT NO.    610131<br><br>Rockville Bank<br>1645 Ellington Road<br>South Windsor, CT 06974<br><br>Rockville Bank<br>155 Brookdale Drive<br>Springfield, MA 01104 | X | J | 9/99<br>Line of Credit<br>Assets of AJK Engineering, Inc.<br><br>VALUE $709,299.98 | | | | 136,000.00 | 0.00 |
| ACCOUNT NO.    610700<br><br>Rockville Bank<br>1645 Ellington Road<br>South Windsor, CT 06974<br><br>Rockville Bank<br>155 Brookdale Drive<br>Springfield, MA 01104 | X | J | 10/03<br>Line of Credit<br>Assets of AJK Engineering, Inc.<br><br>VALUE $709,299.98 | | | | 125,786.00 | 0.00 |
| ACCOUNT NO.    40045<br><br>Town of South Windsor<br>1540 Sullivan Avenue<br>South Windsor, CT 06074 | X | J | July 2004<br>personal property taxes<br>Assets of AJK Engineering, Inc.<br><br>VALUE $709,299.98 | | | | 395.84 | 0.00 |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | $442,325.84 |
| Total<br>(Use only on last page) | $442,325.84 |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re  **AJK Engineering, Inc.**                                                                          ,   Case No. _____
_____
Debtor                                                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
   before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
   owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
   the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
   11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
   petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
   U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
   family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
   11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
   U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
   or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
   an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
   after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re   **AJK Engineering, Inc.**                                                     Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $0.00 |
| Total (Use only on last page of the completed Schedule E.) | $0.00 |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re __AJK Engineering, Inc.__ _____,    Case No. _____
                    Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  12445<br><br>ABCO Welding<br>PO Box 296<br>Waterford, CT 06385 | X | J | 4/04<br><br>merchandise | | | | 2,070.08 |
| ACCOUNT NO.<br><br>Action Steel, LLC<br>34 O'Connell Road Ext.<br>Colchester, CT 06415 | X | J | 5/1/04<br><br>merchandise | | | | 33,364.00 |
| ACCOUNT NO.<br><br>Advanced Welding, LLC<br>156 Macintosh Way<br>Southington, CT 06489 | X | J | 5/14/04 | | | | 47,234.50 |
| ACCOUNT NO.  02638837601637<br><br>American Express<br>PO Box 297879<br>Ft. Lauderdale, FL 33329 | X | J | merchandise | | | | 9,800.00 |
| ACCOUNT NO.  371542794541005<br><br>American Express Blue<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 | X | J | merchandise | | | | 19,000.00 |

14   Continuation sheets attached

Subtotal    _____    $111,468.58

Total    _____

Form B6F - Cont.
(12/03)

Case No. _____
(If known)

In re __AJK Engineering, Inc._____,
              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 372319799022003<br>American Express Business Capital Line<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 | X | J | merchandise | | | | 29,000.00 |
| ACCOUNT NO. 378366200423001<br>American Express Business Platinum<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 | X | J | merchandise | | | | 4,500.00 |
| ACCOUNT NO. 1020957000001<br>Anthem BCBS<br>370 Bassett Road<br>North Haven, CT 06473 | X | J | 7/2/04<br>insurance | | | | 5,710.42 |
| ACCOUNT NO.<br>Atlas Metal Works, LLC<br>302 Sullivan Avenue<br>South Windsor, CT 06074 | X | J | 1/25/04<br>merchandise | | | | 35,648.27 |
| ACCOUNT NO.<br>AutoFast, Inc.<br>PO Box 27<br>Unionville, CT 06085 | X | J | 6/17/04<br>merchandise | | | | 1,479.44 |

Sheet no. _1_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $76,338.13

Total (Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re  __AJK Engineering, Inc._____,   Case No. _____
                      Debtor                                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Begley, Pascoe and Company, LLC<br>33 Oliver Road<br>Enfield, CT 06082 | X | J | 1/31/04<br><br>accounting fees | | | | 16,425.00 |
| ACCOUNT NO.<br><br>Beyco, LLC<br>PO Box 974<br>Bloomfield, CT 06002 | X | J | 6/28/04<br><br>merchandise | | | | 11,050.00 |
| ACCOUNT NO.<br><br>BK Welding LLC<br>15 Deepwood Drive<br>Manchester, CT 06040 | | J | 7/12/04<br><br>merchandise | | | | 0.00 |
| ACCOUNT NO.<br><br>Bushwick Metals, Inc.<br>560 North Washington Avenue<br>Brideport, CT 06604 | X | J | 5/14/04<br><br>merchandise | | | | 48,870.73 |
| ACCOUNT NO.<br><br>C & B Welding<br>20 Hillside Drive<br>Lebanon, CT 06249 | X | | merchandise | | | X | 20,000.00 |

Sheet no. _2_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $96,345.73 |
| | |

Form B6F - Cont.
(12/03)

In re   **AJK Engineering, Inc.**                                   , Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Canam Steel Corporation<br>PO Box C-285<br>Point of Rocks, MD 21777-0285 | X | J | 2/27/04<br>merchandise | | | | 17,784.42 |
| ACCOUNT NO. 7931438<br>Central Insurance Companies<br>PO Box 828<br>Van Wert, OH 45891-0828 | X | J | 8/7/04<br>insurance | | | | 6,888.14 |
| ACCOUNT NO.<br>Certified Steel Company<br>1333 Brunswick Pike, Suite 200<br>Lawrenceville, NJ 08648 | X | J | 5/12/04<br>merchandise | | | | 146,160.16 |
| ACCOUNT NO.<br>Champion Builders, LLC<br>c/o Gordon, Muir & Foley, LLP<br>PO Box 1167<br>Old Saybrook, CT 06475 | X | J | 3/26/04<br>merchandise | | | | 14,002.60 |
| ACCOUNT NO.<br>Chapin & Bangs Company<br>PO Box 1117<br>165 River Street<br>Bridgeport, CT 06004 | X | J | 8/3/04<br>merchandise | | | | 2,914.80 |

Sheet no. 3 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) → 

Total (Use only on last page of the completed Schedule F.) → 

**$187,750.12**

Form B6F - Cont.
(12/03)

In re  __AJK Engineering, Inc._____,   Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   645-702-192 <br><br> **CITGO** <br> **Processing Center** <br> **Des Moines, IA 50362-0300** | X | J | 8/6/04 <br><br> merchandise | | | | 370.46 |
| ACCOUNT NO.   558832900045 <br><br> **Citiadvantage Business** <br> **PO Box 6309** <br> **The Lakes, NV 88901-6309** | X | | <br><br> merchandise | | | | 12,000.00 |
| ACCOUNT NO. <br><br> **Citicorp Leasing, Inc.** <br> **PO Box 7247-7878** <br> **Philadelphia, PA 19170-7878** | X | J | 8/19/04 | | | | 321.38 |
| ACCOUNT NO.   881975919 <br><br> **CL&P** <br> **PO Box 270** <br> **Hartford, CT 06141-0270** | X | J | 8/19/04 <br><br> electric | | | | 350.68 |
| ACCOUNT NO. <br><br> **Coastal Steel Corp** <br> **535 Hartford Road** <br> **Salem, CT 06420** | X | J | 1/30/04 <br><br> merchandise | | | | 113,967.00 |

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

$127,009.52

Form B6F - Cont.
(12/03)

In re __AJK Engineering, Inc._____,    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Connecticut Metal Siding, LLC** <br> **33 Amy Lane** <br> **Bristol, CT 06010** | X | J | 12/3/03 <br><br> merchandise | | | | 12,675.00 |
| ACCOUNT NO. 118491 <br><br> **Construction Data Corp.** <br> **PO Box 601705** <br> **Charlotte, NC 28260-1705** | X | J | 2/13/04 <br><br> merchandise | | | | 1,935.00 |
| ACCOUNT NO. 2006038 <br><br> **Conversent Communications** <br> **PO Box 9614** <br> **Manchester, NH 03108-9614** | X | J | 7/23/04 | | | | 281.61 |
| ACCOUNT NO. <br><br> **CT Galvanizing** <br> **238 Commerce Street** <br> **PO Box 358** <br> **Glastonbury, CT 06033** | X | J | 8/10/04 | | | | 1,315.50 |
| ACCOUNT NO. <br><br> **CT Reliable Welding** <br> **PO Box 340245** <br> **Hartford, CT 06105** | X | J | 6/26/04 | | | | 5,280.00 |

Sheet no. _5_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ▶
(Total of this page)

| | |
|---|---|
| | **$21,487.11** |
| Total ▶ | |

(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re   **AJK Engineering, Inc.**                                    Case No. _____
                    Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dean Steel<br>2095 Elmwood Avenue<br>Warwick, RI 02888 | X | J | 12/31/03<br>merchandise | | | | 128,319.33 |
| ACCOUNT NO.<br>Desk Drawer, Inc.<br>625 Day Hill Road<br>Windsor, CT 06095 | X | J | 7/23/04<br>merchandise | | | | 32.72 |
| ACCOUNT NO.<br>DFM Industries, Inc.<br>PO Box 471<br>Wrentham, MA 02093 | X | J | 4/29/04<br>merchandise | | | | 5,920.00 |
| ACCOUNT NO.  11086A<br>Duplicating Methods<br>170 North Road<br>PO Box 357<br>East Windsor, CT 06088 | X | J | 7/16/04 | | | | 46.56 |
| ACCOUNT NO.<br>Dyco Industries<br>229 South Satellite Road<br>South Windsor, CT 06074 | X | | merchandise | | | | 15,955.00 |

Sheet no. _6_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

$150,273.61

Form B6F - Cont.
(12/03)

In re  **AJK Engineering, Inc.**                                Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **East Windsor Metal Fabricating, Inc.** <br> **91 Glendale Road** <br> **South Windsor, CT 06074** | X | J | 3/2/04 | | | | 16,332.00 |
| ACCOUNT NO.  896 <br> **Engineering Technology & Supplies, Inc.** <br> **PO Box 80023** <br> **Springfield, MA 01138-0023** | X | J | 6/18/04 | | | | 491.83 |
| ACCOUNT NO. <br> **Fastenal Industries & Constr.Supplies** <br> **PO Box 978** <br> **Winona, MN 55987-0978** | X | J | 4/23/04 | | | | 1,805.57 |
| ACCOUNT NO. <br> **First Class Construction, LLC** <br> **363 Addison Road Ext.** <br> **Windsor, CT 06095** | X | J | 4/25/04 | | | | 52,888.36 |
| ACCOUNT NO. <br> **Frank Longano** <br> **3036 Parkway Boulevard, Unit 107** <br> **Kissimmee, FL 34747** | X | J | 2/15/04 <br> merchandise | | | | 5,650.00 |

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page of the completed Schedule F.)

$77,167.76

Form B6F - Cont.
(12/03)

In re **AJK Engineering, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | 6/23/04 | | | | 4,187.00 |
| Freedman Steel Inc. 1625 East Street Pittsfield, MA 01202 | | | merchandise | | | | |
| ACCOUNT NO. | X | J | 1/22/04 | | | | 4,615.80 |
| Harborside Welding Contractors 8 Windsor Place South Norwalk, CT 06854 | | | | | | | |
| ACCOUNT NO. | X | J | 3/30/04 | | | | 6,256.44 |
| Harry E. Orkin, Inc. PO Box 175 Slatington, OPA 18080 | | | | | | | |
| ACCOUNT NO. 6035322001022346 | X | J | | | | | 228.44 |
| Home Depot Credit Services Processing Center DesMoines, IA 50364-0001 | | | merchandise | | | | |
| ACCOUNT NO. | X | J | 6/14/04 | | | | 7,234.75 |
| JM Equipment & Transporation, Inc. PO Box 506 East Windsor Hill, CT 06028-0506 | | | | | | | |

Sheet no. 8 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

$22,522.43

Form B6F - Cont.
(12/03)

In re   **AJK Engineering, Inc.** _____,   Case No. _____
                  Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JR Silvester Space Services<br>1350 Blue Hills Avenue<br>Bloomfield, CT 06002-1357 | X | J | 8/04<br><br>Rent | | | | 1,761.00 |
| ACCOUNT NO.<br><br>Keith Dyson<br>327 Raymond Street<br>Waterbury, CT 06706 | X | J | 6/17/04<br><br>services | | | | 3,300.00 |
| ACCOUNT NO.   10/16/03<br><br>Leo E. Dwyer<br>56 Kenilworth Drive East<br>Stamford, CT 06902 | X | J | <br><br>merchandise | | | | 5,594.00 |
| ACCOUNT NO.   DAM59548<br><br>Manchester Memorial Hospital<br>Haynes Street<br>Manchester, CT 06040-4188 | X | J | 6/4/04<br><br>medical services for Derrick Sloane | | | | 717.00 |
| ACCOUNT NO.<br><br>Morin Corporation<br>685 Middle Street<br>Bristol, CT 06010 | X | J | 4/21/04<br><br>merchandise/services | | | | 842.49 |

Sheet no. _9_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ↙
(Total of this page)

Total    ↙
(Use only on last page of the completed Schedule F.)

$12,214.49

Form B6F - Cont.
(12/03)

In re __AJK Engineering, Inc._____   Case No. _____
                            Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>National Revenue Corp.<br>PO Box 182964<br>Columbus, OH 43218-2964 | X | J | 4/30/04 | | | | 2,359.56 |
| ACCOUNT NO.<br>Nefco Corp.<br>PO Box 280186<br>East Hartford, CT 06108-0186 | X | J | 6/3/04<br>merchandise/services | | | | 4,091.82 |
| ACCOUNT NO. 231121<br>Nicholas J. Bouras Inc.<br>25 DeForest Avenue<br>PO Box 662<br>Summit, NJ 07902-0662 | X | J | 6/22/04<br>merchandise | | | | 4,580.00 |
| ACCOUNT NO. 23953<br>Oliveri  Corporation<br>37 Airport Road<br>Hartford, CT 06114-2002 | X | J | 8/17/04 | | | | 87.00 |
| ACCOUNT NO.<br>Penn Rents LLC<br>265 Murphy Road<br>Hartford, CT 06114 | X | J | 9/3/04 | | | | 2,328.00 |

Sheet no. _10_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⌐
(Total of this page)

Total ⌐
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| $13,446.38 | |

Form B6F - Cont.
(12/03)

In re __AJK Engineering, Inc.__ _____,  Case No. _____
                  Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11069<br>Propane Gas Service, Inc.<br>420 John Fitch Blvd<br>PO Box 100<br>South Windsor, CT 06074 | X | J | 7/30/04<br>merchandise | | | | 121.14 |
| ACCOUNT NO.<br>Regal Supply Company, LLC<br>PO Box 330410<br>West Hartford, CT 06133-0410 | X | J | 7/22/04 | | | | 37.10 |
| ACCOUNT NO.<br>Sirois Sheet Metal<br>321 Ellis Street, Bldg<br>New Britain, CT 06051 | X | J | 3/20/04<br>merchandise/services | | | | 2,390.90 |
| ACCOUNT NO. 110505<br>Stairs & Steel LLC<br>73 Meadowlark Road<br>Vernon, CT 06066 | X | J | 7/29/04 | | | | 700.00 |
| ACCOUNT NO.<br>Steve's Miscellaneous Welding, LLC<br>503 Waterbury Road<br>Bristol, CT 06010 | X | J | 7/14/04 | | | | 1,985.00 |

Sheet no. __11__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ►
(Total of this page)

Total    ►
(Use only on last page of the completed Schedule F.)

| $5,234.14 |
|---|
|  |

Form B6F - Cont.
(12/03)

In re **AJK Engineering, Inc.**                                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0414**<br>**Structural Technologies, LLC**<br>**658 Main Street**<br>**Plantsville, CT 06479** | X | J | 4/28/04<br>services | | | | 5,000.00 |
| ACCOUNT NO. **8602899446**<br>**The Hartford Courant**<br>**285 Broad Street**<br>**Hartford, CT 06115** | X | J | 7/20/04<br>services | | | | 317.44 |
| ACCOUNT NO.<br>**To Design LLC**<br>**56 Arbor Street**<br>**Hartford, CT 06106** | X | J | 6/7/04<br>merchandise | | | | 2,300.00 |
| ACCOUNT NO.<br>**Topper & Griggs**<br>**339 Cooke Street**<br>**Plainville, CT 06062** | X | J | 7/20/04<br>merchandise/services | | | | 23,010.00 |
| ACCOUNT NO. **146311**<br>**TriState, Inc.**<br>**PO Box 4145**<br>**Utica, NY 13505** | X | J | 7/7/04 | | | | 611.50 |

Sheet no. _12_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸
(Total of this page)

Total ▸
(Use only on last page of the completed Schedule F.)

$31,238.94

Form B6F - Cont.
(12/03)

In re  **AJK Engineering, Inc.**                    Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6AE708**<br>**UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | X | J | 7/24/04<br>services | | | | 585.98 |
| ACCOUNT NO.  **4578.000**<br>**USA Town & Country Hauling, Inc.**<br>**PO Box 808**<br>**East Windsor, CT 06088** | X | J | 8/21/04 | | | | 205.22 |
| ACCOUNT NO.  **107318343**<br>**Verizon Wireless**<br>**Customer Service Department**<br>**133 Calkins Road**<br>**Rochester, NY 14623** | X | J | 8/10/04<br>services | | | | 280.24 |
| ACCOUNT NO.  **7/12/04**<br>**Vertex Steel, Inc.**<br>**PO Box 697**<br>**Bristol, CT 06011** | X | J | merchandise/services | | | | 10,000.00 |
| ACCOUNT NO  **5001415**<br>**Viking Office Products**<br>**PO Box 30488**<br>**Los Angeles, CA 90030-0488** | X | J | 7/9/04<br>merchandise | | | | 29.90 |

Sheet no. 13 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page of the completed Schedule F.)

$11,101.34

Form B6F - Cont.
(12/03)

In re  **AJK Engineering, Inc.** _____    Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Vulcraft<br>PO Box 33072<br>Newark, NJ 07188-0072<br><br><br>Vulcraft of New York<br>c/o Clayman, Tapper & Baram, LLC<br>Three Regency Drive<br>Bloomfield, CT 06002-2331 | X | J | 4/19/04 | | | | 10,094.00 |
| ACCOUNT NO.  M12121<br><br>WB Mason Co., Inc.<br>355 Washington Avenue<br>North Haven, CT 06473 | X | J | 6/29/04 | | | | 241.41 |
| ACCOUNT NO.  12/18/03<br><br>Wheeling Corrugated Co.<br>1134 Market Street<br>Wheeling, WV 26003 | X | J | | | | | 26,460.00 |
| ACCOUNT NO.<br><br>William LaPoint<br>1379 Main Street<br>East Hartford, CT 06108 | X | J | 11/12/03 | | | | 3,607.50 |
| ACCOUNT NO.  172-030-002<br><br>Yankee Gas<br>PO Box 2919<br>Hartford, CT 06104 | X | J | gas | | | | 41.04 |

Sheet no. 14 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$40,443.95

Total ➤
(Use only on last page of the completed Schedule F.)

$984,042.23

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **AJK Engineering, Inc.**                                                    Case No. _____
                          Debtor                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re: __AJK Engineering, Inc.__ _____ .    Case No. _____
                Debtor                                                        (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Dyco Industries<br>229 South Satellite Road<br>South Windsor, CT 06074 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | USA Town & Country Hauling, Inc.<br>PO Box 808<br>East Windsor, CT 06088 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Verizon Wireless<br>Customer Service Department<br>133 Calkins Road<br>Rochester, NY 14623 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Viking Office Products<br>PO Box 30488<br>Los Angeles, CA 90030-0488 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Vulcraft<br>PO Box 33072<br>Newark, NJ 07188-0072 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | WB Mason Co., Inc.<br>355 Washington Avenue<br>North Haven, CT 06473 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Wheeling Corrugated Co.<br>1134 Market Street<br>Wheeling, WV 26003 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | William LaPoint<br>1379 Main Street<br>East Hartford, CT 06108 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Bushwick Metals, Inc.<br>560 North Washington Avenue<br>Brideport, CT 06604 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Rockville Bank<br>1645 Ellington Road<br>South Windsor, CT 06974 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | To Design LLC<br>56 Arbor Street<br>Hartford, CT 06106 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | ABCO Welding<br>PO Box 296<br>Waterford, CT 06385 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Advanced Welding, LLC<br>156 Macintosh Way<br>Southington, CT 06489 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Action Steel, LLC<br>34 O'Connell Road Ext.<br>Colchester, CT 06415 |

B6H
(6/90)

In re: <u>AJK Engineering, Inc.</u>                                    .   Case No. _____
        Debtor                                                              (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Atlas Metal Works, LLC<br>302 Sullivan Avenue<br>South Windsor, CT 06074 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | AutoFast, Inc.<br>PO Box 27<br>Unionville, CT 06085 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Begley, Pascoe and Company, LLC<br>33 Oliver Road<br>Enfield, CT 06082 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Freedman Steel Inc.<br>1625 East Street<br>Pittsfield, MA 01202 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Yankee Gas<br>PO Box 2919<br>Hartford, CT 06104 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Nefco Corp.<br>PO Box 280186<br>East Hartford, CT 06108-0186 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Harborside Welding Contractors<br>8 Windsor Place<br>South Norwalk, CT 06854 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Harry E. Orkin, Inc.<br>PO Box 175<br>Slatington, OPA 18080 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Home Depot Credit Services<br>Processing Center<br>DesMoines, IA  50364-0001 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | JM Equipment & Transporation, Inc.<br>PO Box 506<br>East Windsor Hill, CT 06028-0506 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | JR Silvester Space Services<br>1350 Blue Hills Avenue<br>Bloomfield, CT 06002-1357 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Keith Dyson<br>327 Raymond Street<br>Waterbury, CT 06706 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Leo E. Dwyer<br>56 Kenilworth Drive East<br>Stamford, CT 06902 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | TriState, Inc.<br>PO Box 4145<br>Utica, NY 13505 |

B6H
(6/90)

In re: **AJK Engineering, Inc.**                                                          . Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | National Revenue Corp.<br>PO Box 182964<br>Columbus, OH 43218-2964 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Topper & Griggs<br>339 Cooke Street<br>Plainville, CT 06062 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Penn Rents LLC<br>265 Murphy Road<br>Hartford, CT 06114 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Regal Supply Company, LLC<br>PO Box 330410<br>West Hartford, CT 06133-0410 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Sirois Sheet Metal<br>321 Ellis Street, Bldg<br>New Britain, CT 06051 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Stairs & Steel LLC<br>73 Meadowlark Road<br>Vernon, CT 06066 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Steve's Miscellaneous Welding, LLC<br>503 Waterbury Road<br>Bristol, CT 06010 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Structural Technologies, LLC<br>658 Main Street<br>Plantsville, CT 06479 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | The Hartford Courant<br>285 Broad Street<br>Hartford, CT 06115 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Canam Steel Corporation<br>PO Box C-285<br>Point of Rocks, MD 21777-0285 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Manchester Memorial Hospital<br>Haynes Street<br>Manchester, CT 06040-4188 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Frank Longano<br>3036 Parkway Boulevard, Unit 107<br>Kissimmee, FL 34747 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | C & B Welding<br>20 Hillside Drive<br>Lebanon, CT 06249 |

B6H
(6/90)

In re: AJK Engineering, Inc. _____.   Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074<br><br>Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Rockville Bank<br>1645 Ellington Road<br>South Windsor, CT 06974 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Chapin & Bangs Company<br>PO Box 1117<br>165 River Street<br>Bridgeport, CT 06004 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Desk Drawer, Inc.<br>625 Day Hill Road<br>Windsor, CT 06095 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Morin Corporation<br>685 Middle Street<br>Bristol, CT 06010 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Beyco, LLC<br>PO Box 974<br>Bloomfield, CT 06002 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Propane Gas Service, Inc.<br>420 John Fitch Blvd<br>PO Box 100<br>South Windsor, CT 06074 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Engineering Technology & Supplies, Inc.<br>PO Box 80023<br>Springfield, MA 01138-0023 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Vertex Steel, Inc.<br>PO Box 697<br>Bristol, CT 06011 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | American Express Business Capital Line<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | American Express Blue<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | American Express Business Platinum<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Citiadvantage Business<br>PO Box 6309<br>The Lakes, NV 88901-6309 |

B6H
(6-90)

In re: <u>AJK Engineering, Inc.</u>                                              Case No. _____
                    Debtor                                                                        (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | American Express<br>PO Box 297879<br>Ft. Lauderdale, FL 33329 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Oliveri Corporation<br>37 Airport Road<br>Hartford, CT 06114-2002 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Nicholas J. Bouras Inc.<br>25 DeForest Avenue<br>PO Box 662<br>Summit, NJ 07902-0662 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Conversent Communications<br>PO Box 9614<br>Manchester, NH 03108-9614 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Central Insurance Companies<br>PO Box 828<br>Van Wert, OH 45891-0828 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Certified Steel Company<br>1333 Brunswick Pike, Suite 200<br>Lawrenceville, NJ 08648 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Champion Builders, LLC<br>c/o Gordon, Muir & Foley, LLP<br>PO Box 1167<br>Old Saybrook, CT 06475 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Anthem BCBS<br>370 Bassett Road<br>North Haven, CT 06473 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | CITGO<br>Processing Center<br>Des Moines, IA 50362-0300 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Citicorp Leasing, Inc.<br>PO Box 7247-7878<br>Philadelphia, PA 19170-7878 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | CL&P<br>PO Box 270<br>Hartford, CT 06141-0270 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | First Class Construction, LLC<br>363 Addison Road Ext.<br>Windsor, CT 06095 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Construction Data Corp.<br>PO Box 601705<br>Charlotte, NC 28260-1705 |

B6H
(6/90)

In re: **AJK Engineering, Inc.** _____   Case No. _____
               Debtor                                                           (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Fastenal Industries & Constr.Supplies<br>PO Box 978<br>Winona, MN 55987-0978 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | CT Galvanizing<br>238 Commerce Street<br>PO Box 358<br>Glastonbury, CT 06033 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Connecticut Metal Siding, LLC<br>33 Amy Lane<br>Bristol, CT 06010 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | CT Reliable Welding<br>PO Box 340245<br>Hartford, CT 06105 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Dean Steel<br>2095 Elmwood Avenue<br>Warwick, RI 02888 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | DFM Industries, Inc.<br>PO Box 471<br>Wrentham, MA 02093 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Duplicating Methods<br>170 North Road<br>PO Box 357<br>East Windsor, CT 06088 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | East Windsor Metal Fabricating, Inc.<br>91 Glendale Road<br>South Windsor, CT 06074 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Town of South Windsor<br>1540 Sullivan Avenue<br>South Windsor, CT 06074 |
| Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074 | Coastal Steel Corp<br>535 Hartford Road<br>Salem, CT 06420 |

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In re:                                                                                Case No. _____

**AJK Engineering, Inc.**

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                                $    **-490,291.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                        $             **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                    $             **0.00**
    4.  Payroll Taxes                                                                        **0.00**
    5.  Unemployment Taxes                                                            **0.00**
    6.  Worker's Compensation                                                    **0.00**
    7.  Other Taxes                                                                        **0.00**
    8.  Inventory Purchases (Including raw materials)                **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                      **0.00**
    10. Rent (Other than debtor's principal residence)            **0.00**
    11. Utilities                                                                            **0.00**
    12. Office Expenses and Supplies                                        **0.00**
    13. Repairs and Maintenance                                                **0.00**
    14. Vehicle Expenses                                                            **0.00**
    15. Travel and Entertainment                                                **0.00**
    16. Equipment Rental and Leases                                        **0.00**
    17. Legal/Accounting/Other Professional Fees                    **0.00**
    18. Insurance                                                                        **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)          **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
          Pre-Petition Business Debts (Specify):
          **None**

    21. Other (Specify):

          **None**

    22. Total Monthly Expenses (Add items 3 - 21)                              $             **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $             **0.00**

Official Form 6 - Cont .
(12/03)

In re: **AJK Engineering, Inc.**                                      .            Case No. _____
                  Debtor                                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President**_____ of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing
summary and schedules, consisting of _____**32**_____ sheets, and that they are true and correct to the best of my knowledge,
information, and belief.            (Total shown on summary page plus 1.)

Date _Sept 9th 04_                        Signature: _Andrew John Kennedy_
                                                            **Andrew John Kennedy President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In re:  **AJK Engineering, Inc.**              Case No. _____
        **1678**                               Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -441,412.00 | AJK Engineering, Inc. | 2002 |
| -490,291.00 | AJK Engineering, Inc. | 2003 |
| 0.00 | AJK Engineering, Inc. | 2004 |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

### 3.  Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Advanced Welding, LLC**<br>**156 Macintosh Way**<br>**Southington, CT 06489** | **9/04** | **19,000.00** | **47,234.50** |
| **BK Welding LLC**<br>**15 Deepwood Drive**<br>**Manchester, CT 06040** | **9/04** | **2,885.00** | **-0-** |
| **Canam Steel Corporation**<br>**PO Box C-285**<br>**Point of Rocks, MD 21777-0285** | **9/04** | **5,194.00** | **17,784.42** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First Class Construction, LLC**<br>**363 Addison Road Ext.**<br>**Windsor, CT 06095** | **9/04** | **9,500.00** | **52,888.36** |
| **Pisani Cranco Co.**<br>**38 Hayden Lane**<br>**Franklin, MA 02038** | **9/04** | **14,879.99** | **-0-** |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8/30/04                    $1,766.00

**Grafstein and Associates**
**P.O. Box 1035**
**10 Melrose Drive**
**Farmington**
**Connecticut, 06034-1035**

## 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **one year**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| AJK Engineering, Inc. | 06-1501678 | 381 Governor's Highway South Windsor, CT 06074 | Engineering | 1/26/98 |

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of
this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Begley, Pascoe & Company, LLC** **33 Oliver Road** **Enfiield, CT 06082-5511** | |

b. List all firms or individuals who within the **two years** immediately preceding the filing of this
bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☐

| NAME | ADDRESS |
|---|---|
| **Andrrew John Kennedy** | **49 Cheshire Drive** <br> **South Windsor, CT 06074** |
| **Begley, Pascoe & Company, LLC** | **33 Oliver Road** <br> **Enfield, CT 06082-5511** |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None ☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Rockville Bank** | |

## 20.  Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Andrew John Kennedy** <br> **49 Cheshire Drive** <br> **South Windsor, CT 06074** | **President** | **100%** |

## 22.  Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andrew John Kennedy<br>49 Cheshire Drive<br>South Windsor, CT 06074** | **2002, 2003** | **$278,500; $208,424** |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|-----------------------------|--------------------------------|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|-----------------------|--------------------------------|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _Sept 9th 04_

Signature   _Andrew John Kennedy_

**Andrew John Kennedy, President**

*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

## United States Bankruptcy Court

### District of Connecticut

In re:

Case No. _____

Chapter    7

**AJK Engineering, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Andrew John Kennedy**, declare under penalty of perjury that I am the **President** of **AJK Engineering, Inc.**, a **Connecticut** Corporation and that on  the following resolution was duly adopted by the  of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Andrew John Kennedy, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Andrew John Kennedy, President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Andrew John Kennedy, President** of this Corporation, is authorized and directed to employ **Joel M. Grafstein, Esq.**, attorney and the law firm of **Grafstein and Associates** to represent the Corporation in such bankruptcy case."


Executed on: _Sept 9th 04_

Signed: _Andrew Jon. Kennedy_

Andrew John Kennedy

AJK Engineering, Inc.
361 Governors Highway
South Windsor, CT 06074


Joel M. Grafstein, Esq.
Grafstein and Associates
P.O. Box 1035
10 Melrose Drive
Farmington


ABCO Welding
PO Box 296
Waterford, CT 06385


Action Steel, LLC
34 O'Connell Road Ext.
Colchester, CT 06415


Advanced Welding, LLC
156 Macintosh Way
Southington, CT 06489


American Express
PO Box 297879
Ft. Lauderdale, FL 33329


American Express Blue
20022 North 31st Avenue
Phoenix, AZ 85027


American Express Business Capital L
20022 North 31st Avenue
Phoenix, AZ 85027


American Express Business Platinum
20022 North 31st Avenue
Phoenix, AZ 85027

Andrew John Kennedy
49 Cheshire Drive
South Windsor, CT 06074

Anthem BCBS
370 Bassett Road
North Haven, CT 06473

Atlas Metal Works, LLC
302 Sullivan Avenue
South Windsor, CT 06074

AutoFast, Inc.
PO Box 27
Unionville, CT 06085

Begley, Pascoe and Company, LLC
33 Oliver Road
Enfield, CT 06082

Beyco, LLC
PO Box 974
Bloomfield, CT 06002

BK Welding LLC
15 Deepwood Drive
Manchester, CT 06040

Bushwick Metals, Inc.
560 North Washington Avenue
Brideport, CT 06604

C & B Welding
20 Hillside Drive
Lebanon, CT 06249

Canam Steel Corporation
PO Box C-285
Point of Rocks, MD 21777-0285

Central Insurance Companies
PO Box 828
Van Wert, OH 45891-0828

Certified Steel Company
1333 Brunswick Pike, Suite 200
Lawrenceville, NJ 08648

Champion Builders, LLC
c/o Gordon, Muir & Foley, LLP
PO Box 1167
Old Saybrook, CT 06475

Chapin & Bangs Company
PO Box 1117
165 River Street
Bridgeport,  CT 06004

CITGO
Processing Center
Des Moines, IA 50362-0300

Citiadvantage Business
PO Box 6309
The Lakes, NV 88901-6309

Citicorp Leasing, Inc.
PO Box 7247-7878
Philadelphia, PA 19170-7878

CL&P
PO Box 270
Hartford, CT 06141-0270

Coastal Steel Corp
535 Hartford Road
Salem, CT 06420


Connecticut Metal Siding, LLC
33 Amy Lane
Bristol, CT 06010


Construction Data Corp.
PO Box 601705
Charlotte, NC 28260-1705


Conversent Communications
PO Box 9614
Manchester, NH 03108-9614


CT Galvanizing
238 Commerce Street
PO Box 358
Glastonbury, CT 06033


CT Reliable Welding
PO Box 340245
Hartford, CT 06105


Dean Steel
2095 Elmwood Avenue
Warwick, RI 02888


Desk Drawer, Inc.
625 Day Hill Road
Windsor, CT 06095


DFM Industries, Inc.
PO Box 471
Wrentham, MA 02093

Duplicating Methods
170 North Road
PO Box 357
East Windsor, CT 06088


Dyco Industries
229 South Satellite Road
South Windsor, CT 06074


East Windsor Metal Fabricating, Inc
91 Glendale Road
South Windsor, CT 06074


Engineering Technology & Supplies,
PO Box 80023
Springfield, MA 01138-0023


Fastenal Industries & Constr.Suppli
PO Box 978
Winona, MN 55987-0978


First Class Construction, LLC
363 Addison Road Ext.
Windsor, CT 06095


Frank Longano
3036 Parkway Boulevard, Unit 107
Kissimmee, FL 34747


Freedman Steel Inc.
1625 East Street
Pittsfield, MA 01202


Harborside Welding Contractors
8 Windsor Place
South Norwalk, CT 06854

Harry E. Orkin, Inc.
PO Box 175
Slatington, OPA 18080


Home Depot Credit Services
Processing Center
DesMoines, IA  50364-0001


JM Equipment & Transporation, Inc.
PO Box 506
East Windsor Hill, CT 06028-0506


JR Silvester Space Services
1350 Blue Hills Avenue
Bloomfield, CT 06002-1357


Keith Dyson
327 Raymond Street
Waterbury, CT 06706


Leo E. Dwyer
56 Kenilworth Drive East
Stamford, CT 06902


Manchester Memorial Hospital
Haynes Street
Manchester, CT 06040-4188


Morin Corporation
685 Middle Street
Bristol, CT 06010


National Revenue Corp.
PO Box 182964
Columbus, OH 43218-2964

Nefco Corp.
PO Box 280186
East Hartford, CT 06108-0186


Nicholas J. Bouras Inc.
25 DeForest Avenue
PO Box 662
Summit, NJ 07902-0662


Oliveri  Corporation
37 Airport Road
Hartford, CT 06114-2002


Penn Rents LLC
265 Murphy Road
Hartford, CT 06114


Propane Gas Service, Inc.
420 John Fitch Blvd
PO Box 100
South Windsor, CT 06074


Regal Supply Company, LLC
PO Box 330410
West Hartford, CT 06133-0410


Rockville Bank
1645 Ellington Road
South Windsor, CT 06974


Rockville Bank
155 Brookdale Drive
Springfield, MA 01104


Sirois Sheet Metal
321 Ellis Street, Bldg
New Britain, CT 06051

Stairs & Steel LLC
73 Meadowlark Road
Vernon, CT 06066


Steve's Miscellaneous Welding, LLC
503 Waterbury Road
Bristol, CT 06010


Structural Technologies, LLC
658 Main Street
Plantsville, CT 06479


The Hartford Courant
285 Broad Street
Hartford, CT 06115


To Design LLC
56 Arbor Street
Hartford, CT 06106


Topper & Griggs
339 Cooke Street
Plainville, CT 06062


Town of South Windsor
1540 Sullivan Avenue
South Windsor, CT 06074


TriState, Inc.
PO Box 4145
Utica, NY 13505


United States Trustee
One Century Tower
265 Church Street
Suite 1103
New Haven, CT  06510-7016

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


USA Town & Country Hauling, Inc.
PO Box 808
East Windsor, CT 06088


Verizon Wireless
Customer Service Department
133 Calkins Road
Rochester, NY  14623


Vertex Steel, Inc.
PO Box 697
Bristol, CT 06011


Viking Office Products
PO Box 30488
Los Angeles, CA 90030-0488


Vulcraft
PO Box 33072
Newark, NJ 07188-0072


Vulcraft of New York
c/o Clayman, Tapper & Baram, LLC
Three Regency Drive
Bloomfield, CT 06002-2331


WB Mason Co., Inc.
355 Washington Avenue
North Haven, CT 06473


Wheeling Corrugated Co.
1134 Market Street
Wheeling, WV 26003

William LaPoint
1379 Main Street
East Hartford, CT 06108


Yankee Gas
PO Box 2919
Hartford, CT 06104

## UNITED STATES BANKRUPTCY COURT

## District of Connecticut

In re:                                                                                          Case No. _____

**AJK Engineering, Inc.**

1678                                                                                        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **10** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  *Sept 9th 04*

Signed: *Andrew John Kennedy*
**Andrew John Kennedy, President**

Signed: _____
**Joel M. Grafstein, Esq.**
Bar No.        **06191**